UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAYTON COWAN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> NEW JERSEY HEALTHCARE SPECIALISTS, P.C., ENVISION PHYSICIAN SERVICES and JOHN DOES 1 Through 5, <br><br> Defendants. | CIVIL ACTION NO.: 1:19-cv-20485-RMB-JS <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants state as follows:

New Jersey Healthcare Services, P.C., a New Jersey corporation, and Envision Physician Services, LLC (improperly pleaded as "Envision Physician Services"), a Delaware corporation, are contractual affiliates. No publicly held company owns 10% or more of either defendant's stock.

By: /s/ *Kristine J. Feher*
Kristine J. Feher
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900
feherk@gtlaw.com
*Attorneys for Defendants*
*New Jersey Healthcare Specialists, P.C.*
*and Envision Physician Services, LLC*

Dated: April 20, 2020